AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 06, 2024

SEAN F. McAVOY, CLERK

JOHN-MICHAEL RAY DURHAM,
*Plaintiff*

v.

ASHLEY HOPKINS, DCYF; JASON HAINES, DCYF; BETH WILLEY, DCYF; CAITLYN KWAMINA, DCYF; KAITLIN DAHLIN, DCYF; EMILY HAINSTEN, DCYF; KATIE CHRISTOPHERSON, Assistant Attorney General,
*Defendant*

Civil Action No.  2:24-CV-0299-TOR

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants' Motion to Dismiss, ECF No. 14, is GRANTED.
Plaintiffs' Complaint (ECF No. 1) is DISMISSED with prejudice.
Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice

Date:  December 6, 2024

CLERK OF COURT

SEAN F. McAVOY

s/ Sara Gore
*(By) Deputy Clerk*
Sara Gore